IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 6-PEORIA CHAPTER JOINT PENSION TRUST FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 25-1117 |
| ATCO MASONRY LLC., | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

THIS CAUSE comes before the Court on Plaintiff's Motion for Accounting, and the Court, being fully advised in the premises, finds that Defendant, ATCO Masonry, LLC is required to produce to Plaintiff the outstanding report forms and the necessary payroll and business records. Thus, the Motion for Accounting is GRANTED.

IT IS HEREBY ORDERED AS FOLLOWS:

A.  Defendant is ordered to provide Plaintiff, within 30 days of this Order, the outstanding remittance report forms for the period of January 1, 2020 through current;

B.  Defendant is ordered to provide and/or make available to Plaintiff, or its auditor, within 30 days of this Order, all of Defendant's payroll and other business records—including but not limited to (1) payroll journals or computer printouts showing employees' paycheck history, hours, and gross wages; (2) individual earnings and time records on all employees; (3) job cost records; (4) annual earnings reports (W-2 and W-3); (5) 1099's and 1096 forms; (6) quarterly federal withholding and FICA tax returns (Form 941); (7) quarterly contribution and

wage reports for state unemployment compensation; (8) copies of all monthly fringe benefit report forms; and (9) cash disbursement records—for the period of January 1, 2020 through current; and

  C. Plaintiff is granted leave by the Court to proceed in the future with a motion for default judgment, with due notice to the Defendant, for the amounts shown as due in the audit report and as otherwise shown to be owed to Plaintiff, after completion of the payroll accounting/audit.

  ENTERED this __22nd__ day of __September__, 2025.


                 s/ Jonathan E. Hawley
                 UNITED STATES DISTRICT JUDGE